COM.

v.

HURLEY, L.

360 MDA 2017

Superior Court of Pennsylvania.

08/21/2017

CP–21–CR–0001595–2002 (Cumberland)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

OLIVE, O.

609 WDA 2015

Superior Court of Pennsylvania.

08/21/2017

CP–02–CR–0009029–2014 (Allegheny)

Affirmed/Vacated/Remanded

IN RE: R.J.N.

Appeal of: G.J.N.

602 MDA 2017

Superior Court of Pennsylvania.

08/21/2017

85027 (Berks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

WILLIAMS, J.

704 WDA 2016

Superior Court of Pennsylvania.

08/21/2017

CP–02–CR–0014658–2004 (Allegheny)

Affirmed